The Cuneo Eastern Press, Inc., Appellant, *v.* Barnett Astrowsky et al., Respondents, Impleaded with Others.

(Submitted September 28, 1931; decided October 6, 1931.)

*Irving R. Kass* for motion.
*Carroll G. Walter* opposed.

Motion denied, without prejudice to its renewal upon the argument of the appeal.